UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CHARLES HEWETT,

    Plaintiff,                                  Case No. 1:12-CV-998

v.                                          HON. ROBERT HOLMES BELL

CITY OF GRAND RAPIDS, et al.,

    Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 15, 2012, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that all federal claims in Plaintiff's pro se complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2), and that all state-law claims be dismissed without prejudice. (Dkt. No. 12.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's October 15, 2012, R&R (Dkt. No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that all of Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**, and all of Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

Dated: <u>November 6, 2012</u>                           /s/ Robert Holmes Bell
                                                                        ROBERT HOLMES BELL
                                                                        UNITED STATES DISTRICT JUDGE